IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BEHZAD SALIMI,

        Plaintiff,

vs.                                  Cause No. CIV-2008-01165-RB/DJS

LOS ALAMOS NATIONAL
SECURITY, LLC,

        Defendant.

## CERTIFICATE OF SERVICE

It is hereby certified that on the 14th day of January, 2010, a true copy of report of economic damages prepared by M. Brian McDonald, Ph.D., was mailed by first-class mail, postage prepaid, and sent by facsimile to Randy S. Bartell, Esq., Montgomery & Andrews, P.A., Post Office Box 2307, Santa Fe, New Mexico 87504-2307, and sent by facsimile to (505) 982-4289, in satisfaction of Fed.R.Civ.P. 26(a)(2)(B).

        Respectfully submitted,

        JONES, SNEAD, WERTHEIM
          & WENTWORTH, P.A.
        Attorneys for Plaintiff


        By  s/*Jerry Todd Wertheim*
          JERRY TODD WERTHEIM
          ROXIE P. RAWLS-DE SANTIAGO
          Post Office Box 2228
          Santa Fe, New Mexico 87504-2228
          (505) 982-0011

## **CERTIFICATE OF SERVICE**

It is hereby certified that on the 14th day of January, 2010, a true copy of the foregoing Certificate of Service was served on all counsel of record in this matter pursuant to the Court's CM/ECF system.

                                                 s/*Jerry Todd Wertheim*
                                                 JERRY TODD WERTHEIM