IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BEHZAD SALIMI,

        Plaintiff,

   vs.                                 Cause No. CIV-2008-01165-RB/DJS

LOS ALAMOS NATIONAL
SECURITY, LLC,

        Defendant.

CERTIFICATE OF SERVICE

It is hereby certified that on the 29th day of April, 2010, a true copy of Notice to Take Deposition of Jason Lujan, was sent via facsimile and first-class mail, postage prepaid, to the following:

    Randy S. Bartell
    Montgomery & Andrews, P.A.
    Post Office Box 2307
    Santa Fe, New Mexico 87504
    (505) 982-4289 (fax)

                              Respectfully submitted,

                              JONES, SNEAD, WERTHEIM
                                & WENTWORTH, P.A.
                              Attorneys for Plaintiff

                              By _s/*Jerry Todd Wertheim*_____
                                 JERRY TODD WERTHEIM
                                 ROXIE P. RAWLS-DE SANTIAGO
                                 Post Office Box 2228
                                 Santa Fe, New Mexico 87504-2228
                                 (505) 982-0011

**CERTIFICATE OF SERVICE**

It is hereby certified that on the 29th day of April, 2010, a true copy of the foregoing Certificate of Service was served on all counsel of record in this matter pursuant to the Court's CM/ECF system.

    s/*Jerry Todd Wertheim*
    JERRY TODD WERTHEIM