IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BEHZAD SALIMI,

                Plaintiff,

      vs.                      Cause No. CIV-2008-01165-RB/DJS

LOS ALAMOS NATIONAL
SECURITY, LLC,

                Defendant.

CERTIFICATE OF SERVICE

        It is hereby certified that on the 3rd day of May, 2010, a true copy of Amended

Notice to Take Deposition of Jason Lujan, was sent via facsimile and first-class mail,

postage prepaid, to the following:

      Randy S. Bartell
      Montgomery & Andrews, P.A.
      Post Office Box 2307
      Santa Fe, New Mexico 87504
      (505) 982-4289 (fax)

                          Respectfully submitted,

                          JONES, SNEAD, WERTHEIM
                            & WENTWORTH, P.A.
                          Attorneys for Plaintiff

                          By *s/Jerry Todd Wertheim*_____
                            JERRY TODD WERTHEIM
                            ROXIE P. RAWLS-DE SANTIAGO
                            Post Office Box 2228
                            Santa Fe, New Mexico 87504-2228
                            (505) 982-0011

## **CERTIFICATE OF SERVICE**

It is hereby certified that on the 3rd day of May, 2010, a true copy of the foregoing

Certificate of Service was served on all counsel of record in this matter pursuant to the

Court's CM/ECF system.

   s/*Jerry Todd Wertheim*
JERRY TODD WERTHEIM