IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BEHZAD SALIMI,

        Plaintiff,

  vs.                                Cause No. CIV-2008-01165-RB/DJS

LOS ALAMOS NATIONAL
SECURITY, LLC,

        Defendant.

## CERTIFICATE OF SERVICE

It is hereby certified that on the 24th day of May, 2010, a true copy of Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, which was personally served on the Santa Fe Police Department on May 24, 2010, was mailed by first-class mail, postage prepaid, to Randy S. Bartell, Esq., Montgomery & Andrews, P.A., Post Office Box 2307, Santa Fe, New Mexico 87504-2307.

                              Respectfully submitted,

                              JONES, SNEAD, WERTHEIM
                                 & WENTWORTH, P.A.
                              Attorneys for Plaintiff


                              By  s/*Jerry Todd Wertheim*
                                 JERRY TODD WERTHEIM
                                 ROXIE P. RAWLS-DE SANTIAGO
                                 Post Office Box 2228
                                 Santa Fe, New Mexico 87504-2228
                                 (505) 982-0011

**CERTIFICATE OF SERVICE**

It is hereby certified that on the 24th day of May, 2010, a true copy of the foregoing Certificate of Service was served on all counsel of record in this matter pursuant to the Court's CM/ECF system.

                                                          _s/*Jerry Todd Wertheim*_____
                                                          JERRY TODD WERTHEIM