IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BEHZAD SALIMI,

      Plaintiff,

vs.                            Cause No. CIV-2008-001165-RB/DJS

LOS ALAMOS NATIONAL
SECURITY, LLC,

      Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2010, I served Defendant's Second Request for Production of Documents to Plaintiff on the following counsel of record via facsimile and United States mail, and further certify I filed this Certificate of Service electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Jerry Todd Wertheim
    Jones, Snead, Wertheim & Wentworth, P.A.
    P.O. Box 2228
    Santa Fe, NM 87504-2228
    (505) 989-6288 (fax)
    todd@thejonesfirm.com

                        Respectfully submitted,

                        LOS ALAMOS NATIONAL LABORATORY
                        OFFICE OF LABORATORY COUNSEL
                         Christine Chandler
                         Post Office Box 1663, MS A187
                         Los Alamos, New Mexico 87545-0001
                         (505) 667-3766
                         cchandler@lanl.gov

                        and

MONTGOMERY & ANDREWS, P.A.

By_____/s_____
    Randy S. Bartell
Attorneys for Defendant
P.O. Box 2307
Santa Fe, NM  87504
(505) 986-2504
rbartell@montand.com