IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BEHZAD SALIMI,

        Plaintiff,

  vs.                        Cause No. CIV-2008-01165-RB/DJS

LOS ALAMOS NATIONAL
SECURITY, LLC,

        Defendant.

## NOTICE OF NON-AVAILABILITY

Please be advised that Jerry Todd Wertheim of Jones, Snead, Wertheim & Wentworth, P.A., counsel for Plaintiff Behzad Salimi, will be unavailable for hearings or other proceedings in the above-captioned matter from June 11, 2010 through June 18, 2010 and July 5, 2010 through July 7, 2010.

        Respectfully submitted,

        JONES, SNEAD, WERTHEIM
          & WENTWORTH, P.A.
        Attorneys for Plaintiff

        By  s/*Jerry Todd Wertheim*
          JERRY TODD WERTHEIM
          Post Office Box 2228
          Santa Fe, New Mexico 87504-2228
          (505) 982-0011

## CERTIFICATE OF SERVICE

It is hereby certified that on the 1st day of June, 2010, a true copy of the foregoing Notice of Non-Availability was served on all counsel of record in this matter pursuant to the Court's CM/ECF system.

         s/*Jerry Todd Wertheim*
        JERRY TODD WERTHEIM