UNITED STATES DISTRICT COURT
333 Lomas Blvd., N.W. - Suite 680
Albuquerque, New Mexico 87102

LORENZO F. GARCIA                                                                                             505-348-2320
 Magistrate Judge                                                                                                FAX: 348-2324

June 9, 2010

RE:     **CIV 08-1165 RB/DJS -** *Salimi v. Los Alamos National Security, LLC*

A Rule 16 settlement conference was conducted in the above matter by Magistrate Judge Lorenzo F. Garcia on Wednesday, June 2, 2010 beginning at 9:00 in Santa Fe, New Mexico. A contingent settlement was reached.

PLAINTIFF:           Behzad Salimi
Counsel:             Jerry Todd Wertheim, Esq.
                     Roxie P. Rawls-DeSantiago, Esq.

FOR DEFT:            Christine Chandler, Practice Group Leader for LANL
                     Michael Bernardin, LANL Representative
Counsel:             Randy S. Bartell, Esq.