UNITED STATES DISTRICT COURT
333 Lomas Blvd., N.W. - Suite 680
Albuquerque, New Mexico  87102

LORENZO F. GARCIA                                                                              505-348-2320
  Magistrate Judge                                                                              FAX: 348-2324

June 11, 2010

RE:   **CIV 08-1165 RB/DJS -** *Salimi v. Los Alamos National Security, LLC*

     Telephonic follow-up settlement discussions were conducted in the above matter by Magistrate Judge Lorenzo F. Garcia on <u>Friday, June 11, 2010</u> at <u>9:30</u>.

FOR PLAINTIFF:         Roxie P. Rawls-DeSantiago, Esq.

FOR DEFENDANT:     Randy S. Bartell, Esq.
                                   Christine Chandler for LANL