UNITED STATES DISTRICT COURT

333 Lomas Blvd., N.W. - Suite 680
Albuquerque, New Mexico  87102

LORENZO F. GARCIA505-348-2320
 Magistrate JudgeFAX: 348-2324

July 22, 2010

RE:**CIV 08-1165 RB/DJS  -  *Salimi v. Los Alamos National Security, LLC***

A Rule 16 status conference was conducted in the above matter by Magistrate Judge Lorenzo F. Garcia on <u>Wednesday, July 21, 2010</u> at <u>2:00</u> in Santa Fe.

PLAINTIFF:Behzad Salimi
Counsel:Jerry Todd Wertheim, Esq.
Roxie P. Rawls-DeSantiago, Esq.

FOR DEFT:Christine Chandler
Counsel:Randy S. Bartell, Esq.