IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BEHZAD SALIMI,

        Plaintiff,

vs.                                            CIVIL NO. 08-1165 RB/DJS

LOS ALAMOS NATIONAL
SECURITY, LLC,

        Defendant.

## **ORDER**

THIS MATTER came before the Court on a Fed. R. Civ. P. 16 status conducted on July 21, 2010.

The Court is apprised that, following the settlement conference on June 2, 2010, a dispute arose relating to § II, Stipulation, p. 1, of the Memorandum of Understanding. The dispute prevents the parties from submitting closing documents and bringing this litigation to an end.

The Court will set a fifteen-day time limit, until August 5, 2010, for the parties to either: (1) submit closing documents; (2) mutually advise the Court that there is no settlement, in which event, the case will return to the Court's active docket; or (3) that a motion to enforce settlement be filed.

                                                */s/ Lorenzo F. Garcia*
                                                Lorenzo F. Garcia
                                                United States Magistrate Judge