THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BEHZAD SALIMI,

        Plaintiff,

vs.

                                     Cause No. CIV-2008-01165-RB-DJS

LOS ALAMOS NATIONAL
SECURITY, LLC,

        Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff hereby stipulates to the dismissal

with prejudice of all claims asserted against defendant in this matter pursuant to a settlement.

        Respectfully submitted,

        JONES, SNEAD, WERTHEIM &
        WENTWORTH, P.A.


        By  s/Jerry Todd Wertheim
           Jerry Todd Wertheim
           Roxie P. Rawls-de Santiago
           Attorneys for Plaintiff
           Post Office Box 2228
           Santa Fe, New Mexico 87504-2228
           (505) 982-0011

**Approved:**

MONTGOMERY & ANDREWS, PA

By
  Randy S. Bartell
Attorney for Defendant
P.O. Box 2307
Santa Fe, New Mexico 87502-2307
(505) 986-2504

{00207299-1}00207299-1